NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHILLIP STEVE STAVRAKIS,   )
                   )
      Appellant,       )
                   )
v.                  )      Case No. 2D17-251
                   )
STATE OF FLORIDA,       )
                   )
      Appellee.       )
                   )

Opinion filed February 20, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and Siobhan Helene Shea, Special
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Timothy A. Freeland,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.